IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL JESUS ALVAREZ,<br><br>        Plaintiff(s),<br><br>v.<br><br>ROBERT AYERS, JR.,<br><br>        Defendant(s). | No.    C06-5027 MJJ<br><br>**ORDER TO SHOW CAUSE** |

THE COURT hereby issues an ORDER TO SHOW CAUSE why plaintiff's claims should not be dismissed for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

If plaintiff fails to file a written response to this order to show cause **within TWO WEEKS of the date of the order,,** the case shall be dismissed for failure to prosecute. The Case Management Conference scheduled for __[Not Applicable]__ is hereby vacated, as plaintiff has failed to serve the defendants.

**IT IS SO ORDERED.**

Dated: 5/7/2007

MARTIN J. JENKINS
United States District Judge