LAW OFFICES OF SCOTT L. TEDMON
A Professional Corporation
SCOTT L. TEDMON, CA. BAR # 96171
717 K Street, Suite 227
Sacramento, California 95814
Telephone: (916) 441-4540
email: tedmonlaw@comcast.net

Attorney for Petitioner
ANGEL JESUS ALVAREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL JESUS ALVAREZ, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> ) <br> ROBERT AYERS, JR., ) <br> ) <br> Respondent. ) | No.   C06-5027 MJJ <br><br> **PETITIONER ALVAREZ'S RESPONSE RE: ORDER TO SHOW CAUSE** |

    Petitioner, Angel Jesus Alvarez, by and through his counsel Scott L. Tedmon, provides this written response to the Court's Order to Show Cause dated May 14, 2007.  Additionally, Petitioner's Response along with Exhibit A will be served on Senior Assistant Attorney General Gerald Engler at his office email address: gerald.engler@doj.ca.gov.

I

**PETITIONER SERVED DEFENDANT WITH THE PETITION**

    On August 18, 2006, counsel for Petitioner served Respondent's counsel, the California Attorney General, as well as other interested parties, with a hard copy of the Petition via U.S. Mail. A copy of the Petitioner's Certificate of Service is included herewith in Exhibit A.  On August 21, 2006, the Clerk's Office for the U.S. District Court for the Northern District of California filed Petitioner's writ.  A copy of the receipt for payment from the Clerk of the Court is included herewith in Exhibit A.  On August 31, 2006, counsel for Petitioner sent an email with the ECF Information

**PETITIONER'S RESPONSE RE: OSC** - 1 -

Handout to Senior Assistant Attorney General Gerald Engler advising that the case had been designated for efiling. A copy of the email and ECF Information Handout sent to gerald.engler@doj.ca.gov is included herewith in Exhibit A. Additionally, shortly after the filing of the Petition, there was telephone contact between Petitioner's counsel and Mr. Engler wherein discussions were had regarding Mr. Alvarez's case.

## II

### PETITIONER HAS BEEN DILIGENT IN ATTEMPTING TO ASCERTAIN THE DELAY IN COURT ACTIVITY FOR THIS CASE

Beyond the fact that the Petition was served on the Respondent in a timely manner, counsel for Petitioner has been diligent in attempting to ascertain why there has been the delay in court activity regarding the writ. Petitioner's counsel has handled many federal habeas writs and understood the Court initially screens the petition and then, if appropriate, issues an Order to Show Cause on the Respondent directing them to answer the petition. During the first few months after the filing of the Petition, counsel for Petitioner surmised the Court was conducting the screening process and as such, no court orders were issued. However, after not hearing anything from the Court extended into early 2007, the lack of Court activity appeared longer than normal. Consequently, Scott Tedmon's associate counsel on this case, Mr. Clifford E. Tedmon, made telephone inquiries to the Court staff over the past several weeks, and prior to the Court's Order to Show Cause being filed, regarding the status of the writ. Mr. Clifford Tedmon was not able to obtain a response as to why there was an absence of Court activity since the filing of the Petition. In addition to contacting the Court staff, counsel for Petitioner regularly wrote letters to Mr. Alvarez advising him as to what might be happening regarding the Court process and his Petition. The various letters written by Petitioner's counsel to Mr. Alvarez are included herewith in Exhibit A.

After receiving the Court's Order to Show Cause, counsel for Petitioner accessed the Court's website via Pacer and reviewed Petitioner's Writ and Exhibits. The last page which should have been filed with the Petitioner's writ was the Certificate of Service. However, for reasons unclear to Petitioner's counsel, a review of the writ documents in the Court record failed to show the Certificate of Service.

**PETITIONER'S RESPONSE RE: OSC** - 2 -

1   After reviewing the entirety of his file, on May 17, 2007 counsel for Petitioner sent an email
2   to Senior Assistant Attorney General Gerald Engler inquiring about what their records might show
3   regarding the service of the writ and their case status. A copy of that email is included herewith in
4   Exhibit A. On May 18, 2007, Mr. Engler contacted Petitioner's counsel by telephone and discussed
5   the matter. Mr. Engler followed up that telephone call with an email to Petitioner's counsel dated
6   May 18, 2007. Mr. Engler's email states they do not have a hard copy of Petitioner's writ in their
7   records nor did they preserve the electronic copy of the materials Petitioner's counsel sent to them.
8   Mr. Engler states that he does have some recollection of learning about this matter through contact
9   with Petitioner's counsel some time ago. Mr. Engler then states his understanding of Rule 4 of the
10  Rules Governing Habeas Corpus Cases is that the Attorney General's need for opening a file and
11  filing an answer is only triggered by the Court issuing an Order to Show Cause ordering them to do
12  so. Finally, Mr. Engler states that he checked the USDC docket on May 18, 2007 and confirmed that
13  the Court has not ordered the Attorney General to answer the Petition. A copy of Mr. Engler's May
14  18, 2007 email to Petitioner's counsel is included herewith in Exhibit A.

### III

### **CONCLUSION**

17  Counsel for Petitioner Alvarez has taken every necessary step to serve the Respondent and
18  prosecute this case. This is evidenced by service of the Petition on Respondent and other interested
19  parties by U.S. Mail, communicating with Respondent's counsel, checking the Court's docket in
20  order to stay current regarding the status of the case, communicating with Mr. Alvarez and informing
21  him of the status of his case, and contacting the Court staff to inquire about the status of the case.
22  Based on the foregoing, counsel for Petitioner respectfully requests that Petitioner Alvarez's
23  case not be dismissed as there has been no violation of Rule 41(b) of the Federal Rules of Civil
24  Procedure and that his case continue to forward as directed by further order of the Court.

25  DATED: May 18, 2007            Respectfully submitted,
                                    LAW OFFICES OF SCOTT L. TEDMON

                                    /s/ Scott L. Tedmon
27                                  SCOTT L. TEDMON
                                    Attorney for Petitioner Angel Jesus Alvarez
28

**PETITIONER'S RESPONSE RE: OSC** - 3 -

# EXHIBIT A

CERTIFICATE OF SERVICE

ANGEL JESUS ALVAREZ, )
      Petitioner, )
      v. )   Case No. __TBA__
ROBERT AYERS, JR., Warden, )
      Respondent. )

    The undersigned hereby certifies that he/she is an employee of the LAW OFFICES OF SCOTT L. TEDMON and is a person of such age and discretion as to be competent to serve papers.

    On August 18, 2006, he/she served a copy of the attached:

**PETITION FOR WRIT OF HABEAS CORPUS**
**PURSUANT TO 28 U.S.C. § 2254**

on the interested parties in said action by causing to be delivered by United States Mail a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid addressed as follows:

Office of the Attorney General
State of California
455 Golden Gate Avenue, #11000
San Francisco, CA 94102-3664

Office of the District Attorney
Santa Clara County
70 West Hedding Street
San Jose, CA 95110

Wesley Schroeder
Attorney at Law
181 Devine Street
San Jose, CA 95110

Santa Clara County Superior Court
Hon. James C. Emerson
191 North First Street
San Jose, CA 95113

Angel Alvarez
Petitioner

    I declare that the foregoing is true and correct and this declaration was executed at Sacramento, California.

DATED: August 18, 2006

                              SCOTT L. TEDMON

## Law Offices of
## Scott L. Tedmon
#### A Professional Corporation

**Scott L. Tedmon**

August 18, 2006

**LEGAL MAIL**

Angel Alvarez
#P-81998
S.Q.S.P./North Block
General Delivery
San Quentin, California 94974

Re: <u>Case Update</u>

Dear Angel:

I trust you are doing well and thank you for your letter of August 10, 2006. I have sent today by FedEx your habeas petition to the U.S. District Court for the Northern District of California. It should be filed on Monday, August 21, 2006. I have served all parties by U.S. Mail. Pursuant to your instructions, I have mailed a copy of the writ to Michelle Alvarez at the address you provided. As soon as I receive the endorsed, filed cover sheet from the court, I will forward a copy to you for your records.



As always, if you have any questions, please do not hesitate to contact me.

Very truly yours,
LAW OFFICES OF SCOTT L. TEDMON

SCOTT L. TEDMON
SLT/oc
Enclosure

Law Offices of
**Scott L. Tedmon**
A Professional Corporation
717 K Street • Suite 227
Sacramento, CA 95814

---

OFFICE OF THE ATTORNEY GENERAL
State of California
455 Golden Gate Avenue, #11000
San Francisco, CA 94102-3664

Law Offices of
**Scott L. Tedmon**
A Professional Corporation
717 K Street • Suite 227
Sacramento, CA 95814

---

OFFICE OF THE DISTRICT ATTORNEY
Santa Clara County
70 West Hedding Street
San Jose, CA 95110

Law Offices of
**Scott L. Tedmon**
A Professional Corporation
717 K Street • Suite 227
Sacramento, CA 95814

---

WESLEY SCHROEDER
Attorney at Law
181 Devine Street
San Jose, CA 95110

Law Offices of
**Scott L. Tedmon**
A Professional Corporation
717 K Street • Suite 227
Sacramento, CA 95814

---

SANTA CLARA COUNTY SUPERIOR COURT
Hon. James C. Emerson
191 North First Street
San Jose, Ca 95113

Law Offices of
**Scott L. Tedmon**
A Professional Corporation
717 K Street • Suite 227
Sacramento, CA 95814

---

MICHELLE ALVAREZ


Law Offices of
**Scott L. Tedmon**
A Professional Corporation
717 K Street • Suite 227
Sacramento, CA 95814

---

```
             RECEIPT FOR PAYMENT
          UNITED STATES DISTRICT COURT
                    for the
               NORTHERN DISTRICT OF
                   CALIFORNIA

                           SAN FRANCISCO, CA
                                    3309173
         ------------------------------------
         RECEIVED FROM:
         LAW OFFICES OF SCOTT L TEDMON
         717 K STREET SUITE 224
         SACRAMENTO, CA 95814
         ------------------------------------
         Case Number:
         3:06CV05027MJJ
         ------------------------------------
         F/U/B/O:
         Party ID:

         Tender Type:          CHECK
         06-086900                     $5.00
         Habeas

         Remarks:3946

         ------------------------------------
             Subtotal:                 $5.00
         ------------------------------------
         Receipt Total:                $5.00
         ====================================
         * Checks and drafts are accepted
         subject to collections and full
         credit will only be given when
         the check or draft has been
         accepted by the financial
         institution on which it was drawn.

           Date:      8/21/06
           Clerk:-------------------
                         MAB
```

**INBOX:** tedmonlaw      Help     Sign Out

       

GET EMAIL    COMPOSE EMAIL    VIDEO MAIL    REPLY    REPLY ALL    FORWARD    PRINT    REPORT AS SPAM    DELETE

- MESSAGE CENTER
- INBOX (4)
- Draft
- Screened Mail [EMPTY]
- SentMail
- Trash [EMPTY]
- My Folders [EDIT]
  - Lam Report and Match Point
- Address Book
- Mailbox Manager
- Preferences
- ? Help
- X Sign Out

$999 Dell Notebook
**CLICK FOR DETAILS**

Switch your email info to Comcast for free.
**USE EASYCHANGE**

---

**INBOX: Email 1 of 64**    Move to Folder      Next »

**From:** tedmonlaw@comcast.net
[ADD TO ADDRESS BOOK]
**To:** gerald.engler@doj.ca.gov
**Subject:** C 06 5027 MJJ; Alvarez v. Ayers - ECF Registration Information Handout
**Date:** Thursday, August 31, 2006 2:54:36 PM    [VIEW SOURCE]

Dear Mr. Engler,

For your information and pursuant to the Court's instructions, attached please find the two-page ECF Registration Information Handout for the U.S. District Court, Northern District of California. Please be advised that this case has been designated for e-filing.

If you have any questions, please do not hesitate to contact me.

Very truly yours,
Scott Tedmon
Attorney for Petitioner Angel Alvarez

(Attachments successfully scanned for viruses.)

**Attachment 1:** ECF Registration in PDF.pdf (application/pdf)

**INBOX: Email 1 of 64**    Move to Folder      Next »

© 2006 Comcast Cable Communications, Inc. All rights reserved.
Privacy Statement   Terms of Service   Contact Comcast

(comcast

C 06 5027

E-Filing

# U.S. District Court Northern California

## ECF Registration Information Handout

The case you are participating in has been designated for this court's Electronic Case Filing (ECF) Program, pursuant to Local Rule 5-4 and General Order 45. This means that you **must** (check off the boxes ☑ when done):

☐ 1) **Register** to become an efiler by filling out the efiler application form. Follow ALL the instructions on the form carefully. If you are already registered in this district, do not register again, your registration is valid for life on all ECF cases in this district.

☐ 2) **Serve** this ECF Registration Information Handout on **all** parties in the case along with the complaint, or for removals, the removal notice. DO NOT serve the efiler application form, just this handout.

☐ 3) **Email** (do not efile) the complaint and, for removals, the removal notice and all attachments, in PDF format within ten business days, following the instructions below. You do not need to wait for your registration to be completed to email the court.

☐ 4) **PACER** (Public Access to Court Electronic Records) access is mandatory to access dockets and documents. If your firm already has a PACER account, please use that - it is not necessary to have an individual account. PACER registration is free. If you need to establish or check on an account, visit: **http://pacer.psc.uscourts.gov** or call **(800) 676-6856**.

BY SIGNING AND SUBMITTING TO THE COURT A REQUEST FOR AN ECF USER ID AND PASSWORD, YOU CONSENT TO ENTRY OF YOUR E-MAIL ADDRESS INTO THE COURT'S ELECTRONIC SERVICE REGISTRY FOR ELECTRONIC SERVICE ON YOU OF ALL E-FILED PAPERS, PURSUANT TO RULES 77 and 5(b)(2)(D) (eff. 12.1.01) OF THE FEDERAL RULES OF CIVIL PROCEDURE.

**All subsequent papers in this case shall be filed electronically.**

ECF registration forms, interactive tutorials and complete instructions for efiling may be found on the ECF website: **http://ecf.cand.uscourts.gov**

### Submitting Initiating Documents
PDF versions of all the initiating documents originally submitted to the court (Complaint or Notice of Removal, exhibits, etc.) must be **emailed (not efiled)** to the **PDF email box for the presiding judge** (not the referring judge, if there is one) **within 10 (ten) business days** of the opening of your case. For a complete list of the email addresses, please go to: **http://ecf.cand.uscourts.gov** and click on **[Judges]**.

# U.S. District Court Northern California

**Submitting Initiating Documents** (continued)
You must include the case number and judge's initials in the <u>subject line</u> of all relevant emails to the court. You do not need to wait for your registration to email these documents.

These documents must be emailed instead of e-filed to prevent duplicate entries in the ECF system. All other documents must be e-filed from then on. You do not need to efile or email the Civil Cover Sheet, Summons, or any documents issued by the court at case opening; note that you do need to efile the Summons Returned.

**Converting Documents to PDF**
Conversion of a word processing document to a PDF file is required before any documents may be submitted to the Court's electronic filing system. Instructions for creating PDF files can be found at the ECF web site: **http://ecf.cand.uscourts.gov**, and click on **[FAQ]**.

**Email Guidelines:** When sending an email to the court, the subject line of the email **must** contain the **case number, judge's initials** and the **type of document(s)** you are sending, and/or the topic of the email.

**Examples:** The examples below assume your case number is 03-09999 before the Honorable Charles R. Breyer:

| Type of Document | Email Subject Line Text |
|---|---|
| Complaint Only | 03-09999 CRB Complaint |
| Complaint and Notice of Related Case | 03-09999 CRB Complaint, Related Case |
| Complaint and Motion for Temporary Restraining Order | 03-09999 CRB Complaint, TRO |

**Questions**
Almost all questions can be answered in our **FAQ**s at **http://ecf.cand.uscourts.gov**, please check them first.

You may also email the ECF Help Desk at ECFhelpdesk@cand.uscourts.gov or call the toll-free ECF Help Desk number at: (866) 638-7829.

The ECF Help Desk is staffed Mondays through Fridays from 9:00am to 4:00pm Pacific time, excluding court holidays.

# Law Offices of
## Scott L. Tedmon
A Professional Corporation

**Scott L. Tedmon**

<u>LEGAL MAIL</u>

December 5, 2006

Angel Alvarez
#P-81998
S.Q.S.P./North Block
General Delivery
San Quentin, California 94974

Re: <u>Case Update</u>

Dear Angel:

As an update on your case, I have not received any further information from the U.S. District Court since the date of filing. This is not unusual given the number of new filings the Court continually receives and the need for their writ clerks to review each petition. Once I hear from the Court, I will contact you immediately.



As always, if you have any questions, please do not hesitate to contact me.

Very truly yours,
LAW OFFICES OF SCOTT L. TEDMON

SCOTT L. TEDMON
SLT/oc

717 K Street • Suite 227 • Sacramento, CA 95814 • 916-441-4540 • Fax 916-441-4760

**Law Offices of**
**Scott L. Tedmon**
A Professional Corporation

**Scott L. Tedmon**

<u>LEGAL MAIL</u>

December 7, 2006

Angel Alvarez
#P-81998
S.Q.S.P./North Block
General Delivery
San Quentin, California 94974

Re: <u>Case Documents</u>

Dear Angel:

Pursuant to our telephone conversation, enclosed please find the documents you requested. As soon as I hear anything new on your case, I will contact you immediately  As always, if you have any questions, please do not hesitate to contact me.

Very truly yours,
LAW OFFICES OF SCOTT L. TEDMON

SCOTT L. TEDMON
SLT/bc
Enclosures

Law Offices of
## Scott L. Tedmon
A Professional Corporation

**Scott L. Tedmon**

<u>LEGAL MAIL</u>

January 8, 2007

Angel Alvarez
#P-81998
S.Q.S.P./North Block
General Delivery
San Quentin, California 94974

Re: <u>Case Update</u>

Dear Angel:

I hope this letter finds you well and am providing you with your monthly update. ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

I have not received any communication from the Northern District as of yet regarding the writ and surmise it is under the court's initial review. However, I would expect the case to have some court-ordered activity within the next 45 days. I have a similar writ which was filed in the Eastern District at about the same time as yours and we recently received the Court's order requiring the California Attorney General to file a response to our issue. As soon as I hear anything new on your case, I will contact you immediately.

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ That's the update for now. As always, if you have any questions, please do not hesitate to contact me.

Very truly yours,
LAW OFFICES OF SCOTT L. TEDMON

*[signature]*

SCOTT L. TEDMON
SLT/oc
Enclosure

717 K Street • Suite 227 • Sacramento, CA 95814 • 916~441~4540 • Fax 916~441~4760

**Law Offices of**
**Scott L. Tedmon**
A Professional Corporation

**Scott L. Tedmon**

LEGAL MAIL

March 26, 2007

Angel Alvarez
#P-81998
S.Q.S.P./North Block
General Delivery
San Quentin, California 94974

Re: <u>Case Status</u>

Dear Angel:

Here is your case status update. Enclosed please find the court docket sheet that reflects all case activity through March 19, 2007. As you can see, the Court has not issued an order regarding your writ and it appears the matter is still under review. As soon as I hear anything new on your case, I will contact you immediately. As always, if you have any questions, please do not hesitate to contact me.

Very truly yours,
LAW OFFICES OF SCOTT L. TEDMON

SCOTT L. TEDMON
SLT/oc
Enclosure

E-Filing, HABEAS

## U.S. District Court
## California Northern District (San Francisco)
## CIVIL DOCKET FOR CASE #: 3:06-cv-05027-MJJ

Alvarez v. Ayers
Assigned to: Hon. Martin J. Jenkins
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 08/21/2006
Jury Demand: None
Nature of Suit: 530 Habeas Corpus (General)
Jurisdiction: Federal Question

**Petitioner**

**Angel Jesus Alvarez**     represented by     **Scott L. Tedmon**
Law Offices of Scott L. Tedmon
717 K Street, Suite 227
Sacramento, CA 95814
916-441-4540
Fax: 916-441-4760
Email: tedmonlaw@comcast.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Respondent**

**Robert Ayers, Jr**
*Warden*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/21/2006 | 1 | PETITION for Writ of Habeas Corpus - no process (Filing fee $ 5; receipt no. 3389173). Filed by Angel Jesus Alvarez. (slh, COURT STAFF) (Filed on 8/21/2006) Additional attachment(s) added on 9/1/2006 (slh, COURT STAFF). (Entered: 08/24/2006) |
| 08/21/2006 | | CASE DESIGNATED for Electronic Filing. (slh, COURT STAFF) (Filed on 8/21/2006) (Entered: 08/24/2006) |

| PACER Service Center | | |
|---|---|---|
| Transaction Receipt | | |
| 03/19/2007 13:48:20 | | |
| PACER Login: | te0211 | Client Code: |
| Description: | Docket Report | Search Criteria: | 3:06-cv-05027-MJJ |
| Billable Pages: | 1 | Cost: | 0.08 |

| | |
|---|---|
| From: | tedmonlaw@comcast.net |
| To: | gerald.engler@doj.ca.gov |
| Subject: | Alvarez v. Ayers; USDC(ND) Case No. C06-5027 MJJ - Re: OSC |
| Date: | Thursday, May 17, 2007 1:44:01 PM |

Dear Mr. Engler,

I represent Angel Alvarez in his federal Habeas matter in the Northern District. On Monday, I was served with an Order to Show Cause re: failure to prosecute Mr. Alvarez's writ in that the Petition was not served on the defendant. The Court has given me two (2) weeks from May 14th to file my response This was rather surprising given the fact that I served your office by U.S. Mail on August 18, 2006. The writ was filed on August 21, 2006 and was designated as an efiling case. On August 31, 2006, I emailed you the court-generated documents reflecting the filing of the writ and the accompanying case number.

Between the filing of the writ and last Monday, I thought the Court was reviewing the matter and that was the reason for the delay. Over the past several weeks, I had my office make phone calls to the Court staff in an attempt to find out what was the status of the case. However, we were not able to secure that information. Then, to say the least, I was very surprised to receive the Court's OSC as I knew the AG's office had been served and I had communicated with you by email last August. On Tuesday, I accessed Pacer to see the court docket and reviewed the entirety of what was filed with the writ. The last page of the filed writ should have been the Certificate of Service, which was dated August 18, 2006. However, for reasons unknown to me, the Certificate of Service does not show up as part of the documents filed with the writ. Given that information, it is clear to me now why the Court has issued the OSC as the Court has no record of my serving your office.

I am in the process of finalizing my response to the Court's OSC and would like to file it on Friday, if possible. As such, I respectfully request that you reply to this email, or fax me a letter, confirming that your office was served and received Mr. Alvarez's writ on or about August 18, 2006. Additionally, I would ask that you confirm receiving my email dated August 31, 2006 wherein I transmitted the court-generated ECF documents on this case.

Please respond at your earliest convenience as time is of the essence in filing my response to the Court. If you have any questions, please do not hesitate to contact me.

Very truly yours,
Scott Tedmon


LAW OFFICES OF SCOTT L. TEDMON
A Professional Corporation
717 K Street, Suite 227
Sacramento, CA 95814
Telephone: (916) 441-4540
Facsimile: (916) 441-4760
Mobile: (916) 806-1164
Email: tedmonlaw@comcast.net
Website: www.tedmonlaw.com

| | |
|---|---|
| From: | "Gerald Engler" <Gerald.Engler@doj.ca.gov> |
| To: | <tedmonlaw@comcast.net> |
| Subject: | Alvarez v. Ayers; USDC(ND) Case No. C06-5027 MJJ - Re: OSC |
| Date: | Friday, May 18, 2007 12:15:55 PM |

Mr. Tedmon: Unfortunately, we do not have a hard copy of the Alvarez federal habeas petition in our records, so I cannot confirm the service date. We have only some prior state habeas pleadings and orders by the name of Angel Alvarez. Nor did we preserve the electronic copy of materials you referred to in your email below. As I mentioned iin our phone conversation, I do have some recollection of learning about this matter some time back, either via email or a telephone conversation with you. I'm sure I would have told you that we would take no action until the petition had been screened pursuant to Rule 4 of the Rules Governing Habeas Corpus Cases and the district court ordered us to file an answer. We do not open a file until we receive such an order from the district court. I checked the USDC docket today and confirmed that the court has not ordered us to answer the petition.

Please do not hesitate to contact me if I can be of further assistance.

Gerald A. Engler
Senior Assistant Attorney General

>>> <tedmonlaw@comcast.net> 5/17/2007 1:44 PM >>>
Dear Mr. Engler,

I represent Angel Alvarez in his federal Habeas matter in the Northern District. On Monday, I was served with an Order to Show Cause re: failure to prosecute Mr. Alvarez's writ in that the Petition was not served on the defendant. The Court has given me two (2) weeks from May 14th to file my response. This was rather surprising given the fact that I served your office by U.S. Mail on August 18, 2006. The writ was filed on August 21, 2006 and was designated as an efiling case. On August 31, 2006, I emailed you the court-generated documents reflecting the filing of the writ and the accompanying case number.

Between the filing of the writ and last Monday, I thought the Court was reviewing the matter and that was the reason for the delay. Over the past several weeks, I had my office make phone calls to the Court staff in an attempt to find out what was the status of the case. However, we were not able to secure that information. Then, to say the least, I was very surprised to receive the Court's OSC as I knew the AG's office had been served and I had communicated with you by email last August. On Tuesday, I accessed Pacer to see the court docket and reviewed the entirety of what was filed with the writ. The last page of the filed writ should have been the Certificate of Service, which was dated August 18, 2006. However, for reasons unknown to me, the Certificate of Service does not show up as part of the documents filed with the writ. Given that information, it is clear to me now why the Court has issued the OSC as the C ourt has no record of my serving your office.

I am in the process of finalizing my response to the Court's OSC and would like to file it on Friday, if possible. As such, I respectfully request that you reply to this email, or fax me a letter, confirming that your office was served and received Mr. Alvarez's writ on or about August 18, 2006. Additionally, I would ask that you confirm receiving my email dated August 31, 2006 wherein I transmitted the court-generated ECF documents on this case.

Please respond at your earliest convenience as time is of the essence in filing my response to the Court. If you have any questions, please do not hesitate to contact me.

Very truly yours,
Scott Tedmon

*LAW OFFICES OF SCOTT L. TEDMON*
*A Professional Corporation*
*717 K Street, Suite 227*
*Sacramento, CA 95814*
*Telephone: (916) 441-4540*
*Facsimile: (916) 441-4760*

Mobile: (916) 806-1164
Email: tedmonlaw@comcast.net
Website: www.tedmonlaw.com

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.