IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL JESUS ALVAREZ, | No. C06-05027 MJJ |
| Petitioner, | **ORDER TO SERVE RESPONDENT AND ORDER TO SHOW CAUSE** |
| v. | |
| ROBERT AYERS, JR., | |
| Respondent. | |

Pending before the Court is Petitioner Angel Jesus Alvarez' Petition for Writ of Habeas Corpus (Docket No. 1). Petitioner currently is in custody at San Quentin State Prison in San Quentin, California. On May 14, 2007, this Court ordered Petitioner to show cause as to why Petitioner failed to serve the Respondent (Docket No. 2). For good cause shown, Petitioner shall serve the Respondent and file proof of service with the Court by **July 6, 2007**.

Respondent shall, **within 14 days of receipt of service**, show cause as to why a writ of habeas corpus should not be issued. If Petitioner wishes to file a traverse in response, he must do so within 30 days of his receipt of Respondent's response.

**IT IS SO ORDERED.**

Dated: June 22, 2007

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE