LAW OFFICES OF SCOTT L. TEDMON
A Professional Corporation
SCOTT L. TEDMON, CA. BAR # 96171
717 K Street, Suite 227
Sacramento, California 95814
Telephone: (916) 441-4540
Email: tedmonlaw@comcast.net

Attorney for Petitioner
ANGEL JESUS ALVAREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL JESUS ALVAREZ, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> ) <br> ROBERT AYERS, JR., ) <br> ) <br> Respondent. ) <br> _____ ) | No.  C06-5027 MJJ <br><br> **PETITIONER ALVAREZ'S PROOF OF SERVICE RE: PETITION FOR WRIT OF HABEAS CORPUS** |

Scott L. Tedmon, counsel for Petitioner Angel Jesus Alvarez, certifies that he is an employee of the Law Offices of Scott L. Tedmon and is a person of such age and discretion as to be competent to serve papers. On July 2, 2007, I served a copy of the following documents on the Respondent via Federal Express:

1. Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254
2. Civil Cover Sheet filed by Petitioner
3. ECF Northern District Filing Instructions for case number C06-5027 MJJ
4. Honorable Martin J. Jenkins' Order to Show Cause dated June 22, 2007

Respondent was served with the above-enumerated documents at the following address:

Gerald A. Engler
California Sr. Attorney General
455 Golden Gate Avenue, #11000
San Francisco, CA  94102-3664

**PETITIONER'S PROOF OF SERVICE**     1

1  Federal Express confirmed that delivery of the above-enumerated documents to
2  Respondent took place on July 3, 2007 at 9:14 a.m. and was signed for by B. Yee.
3  I declare that the foregoing is true and correct and this declaration was executed at
4  Sacramento, California.
5  DATED: July 3, 2007

/s/ Scott L. Tedmon
SCOTT L. TEDMON

**PETITIONER'S PROOF OF SERVICE**    2