IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **ANGEL JESUS ALVAREZ,**<br><br>Petitioner,<br><br>v.<br><br>**ROBERT AYERS, JR., Warden,**<br><br>Respondent. | C 06-05027 MJJ<br><br>[~~PROPOSED~~] ORDER |

GOOD CAUSE appearing, it is hereby ordered that the time within which to file respondent's answer to be extended sixty (60) days to and including September 15, 2007.

Dated: ___7/13/07_____        _____
                                                                              The Honorable Martin Jenkins