EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
GERALD A. ENGLER
Senior Assistant Attorney General
PEGGY S. RUFFRA
Supervising Deputy Attorney General
VIOLET M. LEE, State Bar No. 77144
Deputy Attorney General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 703-5896
  Fax:  (415) 703-1234
  Email:  Violet.Lee@doj.ca.gov

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **ANGEL JESUS ALVAREZ,**<br><br>                            Petitioner,<br><br>     v.<br><br>**ROBERT AYERS, JR., Warden,**<br><br>                            Respondent. | C 06-05027 MJJ<br><br>**NOTICE OF WITHDRAWAL OF HEARING DATE**<br><br>Hearing:    October 30, 2007<br>Time:       9:30 a.m.<br>Courtroom: 11<br>Judge:     The Honorable<br>             Martin Jenkins |

     Respondent withdraws the hearing date noticed in our motion to dismiss filed on September 5, 2007.

1     Dated: September 7, 2007

2                       Respectfully submitted,

3                       EDMUND G. BROWN JR.
                        Attorney General of the State of California

4                       DANE R. GILLETTE
                        Chief Assistant Attorney General

5

6                       GERALD A. ENGLER
                        Senior Assistant Attorney General

7                       PEGGY S. RUFFRA
                        Supervising Deputy Attorney General

8

9                       /s/ Violet M. Lee

10

11                     VIOLET M. LEE
                      Deputy Attorney General
                      Attorneys for Respondent

12

13 20103809.wpd

14 SF2007401783

Notice of Withdrawal of Hearing Date            Alvarez v. Ayers, Jr.
                                                                            C 06-05027 MJJ