IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANGEL JESUS ALVAREZ, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> ROBERT AYERS, JR., Warden, ) <br> ) <br> Respondent. ) <br> _____ ) | No.  C06-5027 MJJ <br><br> **[PROPOSED]** **ORDER** |

GOOD CAUSE appearing, it is hereby ordered that the time within which to file Petitioner's response to Respondent's motion to dismiss is extended sixty (60) days to and including December 5, 2007. Respondent shall file with the Court and serve on petitioner a reply within 15 days of the date any opposition is filed.

DATED: 10/11/07 _____
HONORABLE MARTIN J. JENKINS
United States District Judge

*Judge Martin J. Jenkins*

[Proposed] Order                                        - 1 -