1 | EDMUND G. BROWN JR.
Attorney General of the State of California
2 | DANE R. GILLETTE
Chief Assistant Attorney General
3 | GERALD A. ENGLER
Senior Assistant Attorney General
4 | PEGGY S. RUFFRA
Supervising Deputy Attorney General
5 | VIOLET M. LEE, State Bar No. 77144
Deputy Attorney General
6 |  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
7 |  Telephone:  (415) 703-5896
  Fax:  (415) 703-1234
8 |  Email:  Violet.Lee@doj.ca.gov

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **ANGEL JESUS ALVAREZ,** | C 06-05027 MJJ |
| Petitioner, | **MOTION FOR EXTENSION OF TIME TO FILE REPLY** |
| v. | |
| **ROBERT AYERS, JR., Warden,** | |
| Respondent. | |

Petitioner filed a petition for writ of habeas corpus on August 21, 2006.  On September 5, 2007, respondent filed a motion to dismiss the petition as untimely.  On October 11, 2007, the Court granted petitioner's request for a 60-day extension to file his response.  The Court ordered respondent to file a reply within 15 days of the date any response is filed.

Petitioner filed his response on December 5, 2007.  Accordingly, respondent's reply is due December 20, 2007.

Pursuant to Civil L.R. 6-3 and Habeas L.R. 2254-6, respondent respectfully requests an extension of 30 days to January 19, 2008, to file the reply.  Good cause for this request is set

1 | forth in the attached declaration.

2 | Petitioner's counsel, Scott L. Tedmon, has no objection to respondent's request for a
3 | 30-day extension of time.

4 | Dated: December 12, 2007

5 | Respectfully submitted,

6 | EDMUND G. BROWN JR.
Attorney General of the State of California

7 | DANE R. GILLETTE
Chief Assistant Attorney General

8 | GERALD A. ENGLER
9 | Senior Assistant Attorney General

PEGGY S. RUFFRA
10 | Supervising Deputy Attorney General

12 | /s/ Violet M. Lee

13 | VIOLET M. LEE
Deputy Attorney General
14 | Attorneys for Respondent

16 | 40195736.wpd
17 | SF2007401783

1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  VIOLET M. LEE, State Bar No. 77144
   Deputy Attorney General
6   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA  94102-7004
7   Telephone:  (415) 703-5896
    Fax:  (415) 703-1234
8   Email:  Violet.Lee@doj.ca.gov

9  Attorneys for Respondent

10

11              IN THE UNITED STATES DISTRICT COURT

12             FOR THE NORTHERN DISTRICT OF CALIFORNIA

13                     SAN FRANCISCO DIVISION

14
   **ANGEL JESUS ALVAREZ,**                     C 06-05027 MJJ
15
                              Petitioner,       **MOTION FOR EXTENSION**
16                                              **OF TIME TO FILE REPLY**
          v.
17
   **ROBERT AYERS, JR., Warden,**
18
                              Respondent.
19

20

21        Petitioner filed a petition for writ of habeas corpus on August 21, 2006.  On September

22 5, 2007, respondent filed a motion to dismiss the petition as untimely.  On October 11, 2007, the

23 Court granted petitioner's request for a 60-day extension to file his response.  The Court ordered

24 respondent to file a reply within 15 days of the date any response is filed.

25        Petitioner filed his response on December 5, 2007.  Accordingly, respondent's reply is

26 due December 20, 2007.

27        Pursuant to Civil L.R. 6-3 and Habeas L.R. 2254-6, respondent respectfully requests

28 an extension of 30 days to January 19, 2008, to file the reply.  Good cause for this request is set

Mot. For EOT to File Reply                                      Alvarez v. Ayers, Jr.
                                                                C 06-05027 MJJ
                                    1

1 | forth in the attached declaration.

2 |     Petitioner's counsel, Scott L. Tedmon, has no objection to respondent's request for a

3 | 30-day extension of time.

4 |     Dated: December 12, 2007

5 |         Respectfully submitted,

6 |         EDMUND G. BROWN JR.
        Attorney General of the State of California

7 |         DANE R. GILLETTE
        Chief Assistant Attorney General

8 |         GERALD A. ENGLER
        Senior Assistant Attorney General

9 |         PEGGY S. RUFFRA
        Supervising Deputy Attorney General

10 |

11 |

12 |         /s/ Violet M. Lee

13 |         VIOLET M. LEE
        Deputy Attorney General
14 |         Attorneys for Respondent

15 |

16 | 40195736.wpd

17 | SF2007401783

18–28 |

Mot. For EOT to File Reply         Alvarez v. Ayers, Jr.
        C 06-05027 MJJ

1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  VIOLET M. LEE, State Bar No. 77144
   Deputy Attorney General
6   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA  94102-7004
7   Telephone:  (415) 703-5896
    Fax:  (415) 703-1234
8   Email:  Violet.Lee@doj.ca.gov

9  Attorneys for Respondent

10

11                IN THE UNITED STATES DISTRICT COURT

12              FOR THE NORTHERN DISTRICT OF CALIFORNIA

13                       SAN FRANCISCO DIVISION

14
    **ANGEL JESUS ALVAREZ,**                    C 06-05027 MJJ
15
                               Petitioner,      **DECLARATION OF VIOLET**
16                                              **M. LEE IN SUPPORT OF**
        v.                                      **MOTION FOR EXTENSION**
17                                              **OF TIME**
    **ROBERT AYERS, JR., Warden,**
18
                               Respondent.
19

20

21       VIOLET M. LEE states under penalty of perjury:

22       I am a Deputy Attorney General for the State of California assigned to prepare and file

23  a reply to petitioner's response to our motion to dismiss.

24       The Court's order of October 11, 2007, requires respondent to file a reply within 15

25  days of the date any response is filed.  Our reply is currently due December 20, 2007.  We have

26  made no prior request for extension of time.

27       Petitioner's 10-page response is accompanied by over 160 pages of exhibits.

28  Additional time is necessary to carefully consider the numerous exhibits submitted by petitioner.

Decl. of Violet M. Lee In Support of Mot.  for EOT                    Alvarez v. Ayers, Jr.
                                                                         C 06-05027 MJJ
                                        1

Moreover, in the coming month, in addition to working on this case, I must file a supplemental answer in *Cavaness v. Hamlet*, C 00-20351 RMW in federal district court, and respondent's briefs in *People v. Reynard*, H030576, and *People v. Wright*, A116536, in the state Court of Appeal. Finally, I will be out of the office on vacation for two weeks in the coming month.

For the reasons stated, we respectfully request that the Court grant an extension to January 20, 2008, to file a reply to petitioner's opposition.

Executed this 12th day of December 2007, at San Francisco, California.

/s/ Violet M. Lee
_____
VIOLET M. LEE
Deputy Attorney General

40195743.wpd
SF2007401783

1
2
3
4
5
6
7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                      SAN FRANCISCO DIVISION

11

| **ANGEL JESUS ALVAREZ,** | C 06-05027 MJJ |
|---|---|
| Petitioner, | **[PROPOSED] ORDER** |
| v. | |
| **ROBERT AYERS, JR., Warden,** | |
| Respondent. | |

GOOD CAUSE appearing, it is hereby ordered that the time within which to file respondent's reply be extended thirty (30) days to and including January 20, 2008.

Dated: _____        _____
                                       The Honorable Martin Jenkins