IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **ANGEL JESUS ALVAREZ,** | C 06-05027 MJJ |
| Petitioner, | **[PROPOSED] ORDER** |
| v. | |
| **ROBERT AYERS, JR., Warden,** | |
| Respondent. | |

GOOD CAUSE appearing, it is hereby ordered that the time within which to file respondent's reply be extended thirty (30) days to and including January 20, 2008.

Dated: 12/17/2007

_____
The Honorable Martin Jenkins

[Proposed] Order

Alvarez v. Ayers, Jr.
Case No. C 06-05027 MJJ